

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-14-00375-CV

Arnold L. **LEVEY**,
Appellant

v.

**HOSPICE INSPIRIS OF TEXAS, INC..** Justo Cisneros, M.D., Juanita Sprute, M.D. and
Jefferson Family Practice Associates,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07246
Larry Noll, Judge Presiding

## O R D E R

The clerk's record was due June 18, 2014. On June 20, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant, Arnold L. Levey, to provide written proof to this court on or before **July 3, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court